NEWMAN & GREENBERG LLP
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERGGUSTAVE H. NEWMAN (1927-2017)
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

September 22, 2023

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> A change of plea hearing is scheduled for October 16, 2023 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> September 26, 2023

Re: *United States v. Heshl Abraham*
    No. 20 Cr. 411 (RA)

Dear Judge Abrams:

  This firm represents Heshl Abraham, one the defendant in the above-referenced matter. On behalf of Heshl, we are writing to advise the Court that we have reached a resolution in this matter pursuant to which Heshl will enter a plea to a not-yet filed superseding information. As a result, we request that Your Honor schedule a change of plea proceeding in this matter.

  Because of the upcoming Jewish holidays, which both defense counsel and the defendant observe, as well as other work commitments, we request that any such proceeding be scheduled during the week of October 16.

                  Respectfully submitted,

                  Steven Y. Yurowitz

cc: All government counsel (by ECF)
   All defense counsel (by ECF)