<div style="text-align:center">

**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

</div>

RICHARD A. GREENBERG                                      GUSTAVE H. NEWMAN (1927-2017)
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

<div style="text-align:center">May 14, 2024</div>

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to June 20, 2024 at 11:00 a.m.

SO ORDERED.

Re: *United States v. Heshl Abraham*
No. 20 Cr. 411 (RA)

Ronnie Abrams, U.S.D.J.
May 14, 2024

Dear Judge Abrams:

    This firm represents Heshl Abraham, one the defendant in the above-referenced matter. Sentencing in this matter is currently scheduled for May 31, 2024. On behalf of Heshl, I am writing to request an adjournment of the sentencing until mid-June 2024. This adjournment is necessitated by the fact that counsel has been dealing with a number of personal family medical issues and is not in a position to submit a sentencing memo at this time. I have communicated with AUSA Jilan Kamal and the government consents to this application.

<div style="margin-left:50%">

Respectfully submitted,

Steven Y. Yurowitz

</div>

cc: All government counsel (by ECF)
    All defense counsel (by ECF)