**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

June 5, 2024

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to June 27, 2024 at 2:30 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 6, 2024

Re: *United States v. Heshl Abraham*
No. 20 Cr. 411 (RA)

Dear Judge Abrams:

This firm represents Heshl Abraham, one the defendant in the above-referenced matter. Sentencing in this matter is currently scheduled for June 20, 2024. On behalf of Heshl, I am writing to request another brief adjournment of the sentencing until June 27, 2024. This adjournment is necessitated by the fact that counsel has been still dealing with a personal family medical issue and is not in a position to submit a sentencing memo by the current due date. I have communicated with AUSA Jilan Kamal and the government consents to this application.

Respectfully submitted,

Steven Y. Yurowitz

cc:  All government counsel (by ECF)
     All defense counsel (by ECF)