**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

June 11, 2024

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 12, 2024

Re: *United States v. Heshl Abraham*
No. 20 Cr. 411 (RA)

Dear Judge Abrams:

    This firm represents Heshl Abraham, one the defendants in the above-referenced matter. Sentencing in this matter is currently scheduled for June 27, 2024. We write to respectfully request a modest 1-day extension of the deadline to file Heshl Abraham's sentencing submission. In accordance with Paragraph 10(A)(i) of Your Honor's Individual Rules & Practices in Criminal Cases, the deadline for the defense to file Mr. Abraham's sentencing submission is no later than two weeks before his sentencing, i.e., by June 13, 2024. Because this evening is the start of the Jewish holiday of Shavuos and which ends Thursday night, defense counsel and his client cannot work on the submission during this time. As a result, defense requires a modest extension of this deadline—from Thursday, June 13 to Friday, June 14—to finalize and file his sentencing submission.

    The government consents to this application. Accordingly, we respectfully request that the Court extend the deadline to June 14, 2024 within which defendant Heshl Abraham can file his sentencing submission.

Respectfully submitted,

Steven Y. Yurowitz

cc: All government counsel (by ECF)
    All defense counsel (by ECF)