# NEWMAN & GREENBERG LLP
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

August 21, 2024

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to September 18, 2024 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 22, 2024

Re: *United States v. Heshl Abraham*
No. 20 Cr. 411 (RA)

Dear Judge Abrams:

    This firm represents Heshl Abraham, one the defendant in the above-referenced matter. In am writing to request that the sentencing of Heshl currently scheduled for September 12, 2024, be rescheduled to September 18, 2024. This request is necessitated by the fact that defense counsel has a previously scheduled court appearance in a multi-defendant case in the Central District of California on September 12, 2024. I have communicated with AUSA Kamal, and the government has no objection to adjourning the sentencing to September 18, 2024.

    Accordingly, counsel requests that sentencing for Heshl Abraham be adjourned to September 18, 2024.

Respectfully submitted,

Steven Y. Yurowitz

cc: All government counsel (by ECF)
    All defense counsel (by ECF)