**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

September 17, 2024

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to October 9, 2024 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 17, 2024

Re: *United States v. Heshl Abraham*
No. 20 Cr. 411 (RA)

Dear Judge Abrams:

    This firm represents Heshl Abraham, one the defendant in the above-referenced matter. In am writing to request that the sentencing of Heshl currently scheduled for September 18, 2024, be rescheduled to October 9, 2024 at 11:00 AM. This request is necessitated by the need to analyze the new spreadsheet provided to defense counsel yesterday. As indicated in the government's cover letter, with respect to Heshl Abraham, the spreadsheet differs substantially from the versions previously provided to defense counsel. I have communicated with AUSA Kamal, and the government has no objection to the requested adjournment.

    Accordingly, counsel requests that sentencing for Heshl Abraham be adjourned to October 9, 2024.

Respectfully submitted,

Steven Y. Yurowitz

cc: All government counsel (by ECF)
     All defense counsel (by ECF)