**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

October 30, 2024

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 30, 2024

Re: *United States v. Heshl Abraham*
No. 20 Cr. 411 (RA)

Dear Judge Abrams:

    I am writing in connection with Heshl Abraham's surrender date which is currently scheduled for Monday, November 4, 2024. At sentencing, Mr. Abraham indicated that he would like to surrender expeditiously so that he can commence his sentence and return back to his family as quickly as possible. At the same time we raised a concern that Mr. Abraham might not be designated by the current surrender date. We have not yet received confirmation of such a designation, and I have not been able to get confirmation from the government whether they were able to learn anything different from the BOP. As a result, and at Your Honor's suggestion at sentencing, I am writing to request that Mr. Abraham's time to surrender be adjourned for two weeks, i.e., until November 18, 2024, to permit the BOP in the interim to designate Mr. Abraham to a facility.

Respectfully submitted,

Steven Y. Yurowitz

cc: AUSA Jilan Kamal (by ECF)