UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | | | |
| v. | | No. 20-CR-411 (RA) | |
| HESHL ABRAHAM, | | ORDER OF REFERENCE | |
| Defendant. | | | |

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Stewart D. Aaron for the following purpose:

| | | | |
|---|---|---|---|
| | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | X | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Restitution Calculation. *See* Sentencing Hearing Tr., October 9, 2024. |

SO ORDERED.

Dated:  November 4, 2024
        New York, New York

_____
Ronnie Abrams
United States District Judge