UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

HESHL ABRAHAM,

              Defendant.

Case No. 20-CR-411 (RA)

[PROPOSED] **ORDER EXONERATING BOND**

WHEREAS, on August 19, 2020, this Court ordered the release of Mr. Heshl Abraham on a $2,000,000 bond, secured by $15,000 cash.

WHEREAS, Mr. Heshl Abraham was required under the conditions of his release to surrender his travel documents to Pretrial Services.

WHEREAS, Mr. Heshl Abraham has fully complied with the terms of this bond.

WHEREAS, on October 9, 2024, this Court sentenced Mr. Heshl Abraham to be imprisoned for a term of 15 months, followed by three years' supervised release.

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Heshl Abraham, that Mr. Abraham's bond in this matter is hereby exonerated and released, and all suretors on Mr. Abraham's bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, upon application of counsel for Mr. Heshl Abraham, that Pretrial Services return Mr. Abraham's travel documents to his attorneys of record.

Dated: New York, New York
December 30, 2024

SO ORDERED

_____
The Honorable Ronnie Abrams
District Judge, United States District Court
Southern District of New York