UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

UNITED STATES OF AMERICA,

-against-

HESHL ABRAHAM,

                Defendant.

20-CR-411-RA

AMENDED ORDER
EXONERATING
BOND

WHEREAS, on August 19, 2020, this Court ordered the release of Heshl Abraham on a $2,000,000 bond, secured by $15,000 cash.

WHEREAS, Heshl Abraham has fully complied with the terms of this bond.

WHEREAS, this Court previously ordered that Heshl's bond be exonerated.

IT IS HEREBY ORDERED, upon the application of counsel for Heshl Abraham, that the $15,000 posted by Gedalia Stern, Esq., to secure Heshl Abraham's bond be returned, via EFT disbursement from the Court's registry, to Heshl Abraham or his current counsel YurowitzLaw PLLC. The banking information for YurowitzLaw PLLC will be provided to the Clerk's Office by Steven Yurowitz, Esq., counsel for Heshl Abraham.

Dated: New York, New York
       January 28, 2025

                                        SO ORDERED

                                        _____
                                        The Honorable Ronnie Abrams
                                        District Judge, United States District Court
                                        Southern District of New York